FILED

11/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0716

_____

RODNEY BRANDT, HEIDI BRANDT,
MARSHALL FLADAGER, NEVA FLADAGER,
LARRY LAUTARET and RENA LAUTARET,

      Plaintiffs, Appellees,
      and Cross-Appellants,

  v.

R&R MOUNTAIN ESCAPES, LLC, A
MONTANA LIMITED LIABILITY COMPANY,

      Defendant, Appellant,
      and Cross-Appellee.

O R D E R

_____

This Court issued a deficiency order on November 15, 2024, rejecting Appellant's combined reply and response to cross-appeal brief for noncompliance with the word count.

Appellant was granted leave to file an overlength brief on October 17, 2024. Therefore,

IT IS ORDERED that the deficiency order of November 15 is hereby RESCINDED. The Clerk's office is directed to file Appellant's combined reply and response to cross-appeal brief submitted on November 14, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2024